

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-83,825-01

**EX EMMANUEL KOFI AGBAKPE, Applicant**

## ON APPLICATION FOR WRIT OF HABEAS CORPUS
## CAUSE NO. 12-03-03449-CR-(1) IN THE 221st JUDICIAL DISTRICT COURT
## MONTGOMERY COUNTY

*Per curiam*.

## <u>ORDER</u>

An application for a writ of habeas corpus in this cause was transmitted to this Court, on September 2, 2015, by the clerk of the trial court pursuant to the provisions of TEX. CODE CRIM. PROC. art. 11.07. *Ex parte Young*, 418 S.W.2d 824 (Tex. Crim. App. 1967). In that application, Applicant raised allegations of actual innocence, false evidence, ineffective assistance of trial counsel, prosecutorial misconduct, constitutional violations by law enforcement, and trial court error. The application was dismissed by this Court for non-compliance with TEX. R. APP. P. 73.1, on September 30, 2015.

We now reconsider, *sua sponte*, Applicant's habeas application and, based on the

record before us, find his allegations to be without merit.

Our prior decision to dismiss the instant application is withdrawn. Relief is denied.

Filed: May 4, 2016
Do not publish